THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYAL DEVELOPMENT COMPANY, INC., Appellant, Impleaded with JAMES NAUGHTEN and Others, Defendants.— Order modified by amending the provision of the order appealed from so as to read: Further ordered that the Attorney-General may make proof

of facts alleged in the complaint and matters incidental thereto; and as modified affirmed, without costs. All concur, except Edgcomb, J., not voting.